# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DELBERT GREENE,

        Plaintiff(s),

v.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,

        Defendant(s).

2:13-CV-1642 JCM (VCF)

### ORDER

Presently before the court is the matter of *Greene v. State of Nevada, et al.,* case no. 2:13-cv-1642-JCM-VCF.

Appearing *pro se*, plaintiff Delbert Greene has filed suit alleging various violations of his constitutional rights. (*See* doc. # 14, amended complaint). At this time, there are no pending motions filed by any of the defendants to which Greene is required to respond. Nonetheless, he has filed the instant motions (docs. # 22, 23) requesting permission to extend his copy limit and to extend the time in which to serve documents upon the defendants.

As there is nothing currently pending to which he is required to respond, his motion to extend time is, at best, premature. With respect to plaintiff's motion to extend his copy limit, the court declines to issue a blanket order providing unlimited payment to plaintiff to prosecute his case in whatever manner he wishes. Instead, plaintiff may create an itemized list of necessary photocopying fees as required when the need arises, and may submit those lists in the form of a motion for the

**James C. Mahan**
**U.S. District Judge**

1  court's consideration.[1]

2  Accordingly,

3  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motions to extend
4  copy work limit (doc. # 22) and extend the time to serve (doc. # 23) be, and the same hereby are,
5  DENIED without prejudice.

6  DATED June 20, 2014.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

---

[1] As suggested by defendants, plaintiff is urged to handwrite whatever copies he deems necessary, and is advised that the court is not particularly amenable to granting free photocopying requests.

**James C. Mahan**
**U.S. District Judge**

- 2 -