UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT GREENE,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:13-CV-1642 JCM (VCF)<br><br>ORDER |

Presently before the court is defendants Tobar, Williams, and Gentry's motion for extension of time to file opposition to plaintiff's motion for reconsideration. (Doc. # 63).

On March 10, 2015, the court granted defendants' motion for summary judgment. (Doc. # 56). Plaintiff's motion for reconsideration contains numerous specific fact-based arguments.

Defendants' counsel was assigned to the case recently. Counsel did not draft the motion for summary judgment this court ruled on and needs time to get acquainted with the case. Counsel requests a two-week extension, up to and including May 11, 2015, to file an opposition to plaintiff's motion for reconsideration.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for extension of time to file opposition to plaintiff's motion for reconsideration (doc. # 63) be, and the same hereby is, GRANTED. Defendants shall have **up to and including Monday, May 11, 2015,** to file their opposition.

DATED April 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**