# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELBERT GREENE, | Case No. 2:13-CV-1642 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendant(s). | |

Presently before the court is defendants Tobar, Williams, and Gentry's third motion for extension of time to file opposition to plaintiff's motion for reconsideration. (Doc. # 67).

On March 10, 2015, the court granted defendants' motion for summary judgment. (Doc. # 56). Plaintiff's motion for reconsideration contains numerous specific fact-based arguments.

Defendants' counsel was assigned to the case recently. Counsel did not draft the motion for summary judgment this court ruled on and needs time to get acquainted with the case. Counsel requests a two-week extension, up to and including June 1, 2015, to file an opposition to plaintiff's motion for reconsideration.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for extension of time to file opposition to plaintiff's motion for reconsideration (doc. # 67) be, and the same hereby is, GRANTED. Defendants shall have **up to and including Monday, June 1, 2015,** to file their opposition.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that defendants' second motion for extension of time (doc.
2  # 66) be DENIED as moot.
3  DATED May 21, 2015.

4
5  _____
   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -