# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

DELBERT GREENE,

                   Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

                   Defendants.

2:13-cv-01642-JCM-VCF

**ORDER**

Before the court is Plaintiff's Motion to Set Discovery Schedule (#81).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Set Discovery Schedule (#81) is scheduled for 11:00 a.m., May 10, 2016.  Plaintiff may appear telephonically.  The Attorney General's Office will make the necessary arrangements for Plaintiff to appear by telephone and will provide Jerry Ries, Courtroom Administrator (702-464-5416), with the telephone number at which the plaintiff can be reached, at least two days prior to the scheduled hearing.

IT IS SO ORDERED.

DATED this 11th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE